IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FORCE 3, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2929 |
| ) | |
| V SQUARED, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR ENLARGEMENT OF TIME

COMES NOW, Defendant V Squared, Inc. and Plaintiff Force 3, Inc., by and through its undersigned attorneys, and stipulates and agrees that V Squared be allowed a thirty-day enlargement of time within which it may file its responsive pleading to Plaintiff's complaint. Accordingly, V Squared shall have until December 13, 2000 to file its responsive pleading to the complaint.

Respectfully submitted,                                Respectfully submitted,

BY: *Nicholas Kallis*                                  BY: *Ross D. Cooper*
Nicholas J. Kallis, Esq.                               Ross D. Cooper, Esq.
George Z. Petros, Esq.                                 SHULMAN, ROGERS, GANDAL
                                                       PORDY & ECKER, PA
90 Cathedral Street                                    11921 Rockville Pike, 3rd Floor
Annapolis, MD 21401                                    Rockville, MD 20852-2743
Tele. No.: (410) 263-4483                              Tele. No.: (301) 230-5200

Attorneys for Plaintiffs                               Attorneys for Defendant

Dated: November 28, 2000                               Dated: November 28, 2000

APPROVED THIS 29TH DAY OF November 2000

*Benson Legg*
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation for Enlargement of Time was served via first-class mail delivery, postage prepaid on the following this 28th day of November, 2000:

Nicholas J. Kallis, Esq.
George Z. Petros, Esq.
90 Cathedral Street
Annapolis, MD 21401

Attorneys for Plaintiff

_____
ROSS D. COOPER
Attorney for Defendant, V Squared, Inc..