UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 2, 2001

MEMORANDUM TO COUNSEL RE: Civil No. L-00-2929
Force 3, Inc. v.
V Squared, Inc.

Dear Counsel:

I am in receipt of your joint request for eighty deposition hours, to be divided equally between the plaintiff and the defendant. While there may be technical complexities justifying lengthy depositions, eighty hours seems excessive given the allegations of the complaint.

Exhaust your allotment of twenty deposition hours per side. Afterwards, jointly submit a detailed deposition plan identifying:

( i) the depositions taken to date, including the length of each;

( ii) the depositions remaining, including the anticipated length of each;

(iii) specific agreed-upon dates for the remaining depositions; and

(iv) whether both sides agree that the remaining depositions are reasonably necessary.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court File

