IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FORCE 3, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. L-00-2929 |
| ) | |
| V SQUARED, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on Defendant's Emergency Motion for an Enlargement of Time to Respond to Plaintiff's Discovery. Upon consideration of the motion for an enlargement of time, any opposition thereto, the record herein, and for good cause shown, it is ORDERED, ADJUDGED, and DECREED this 20TH day of March, 2001 that:

Defendant's Motion be and hereby is GRANTED. Defendant V Squared shall serve its responses to Plaintiff's First Set of Interrogatories and First Request for the Production of Documents on or before April 2, 2001.

SO ORDERED:

_____
BENSON EVERETT LEGG
UNITED STATES DISTRICT JUDGE



Copies to:

    Ross D. Cooper, Esq.
    Mark S. Guberman, Esq.
    SHULMAN, ROGERS, GANDAL, PORDY & ECKER
    11921 Rockville Pike, Third Floor
    Rockville, MD 20852

    Nicholas J. Kallis, Esq.
    George Z. Petros, Esq.
    90 Cathedral Street
    Annapolis, MD 21401