UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

May 21, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723


MEMORANDUM TO COUNSEL RE:   Force 3, Inc. v.
V Squared, Inc.
Civil #L-00-2929


Dear Counsel:

On March 26, 2001, Ross D. Cooper, on behalf of himself and the Shulman, Rogers firm moved to withdraw their appearances on behalf of defendant, V Squared, Inc.

In response to this motion, I issued Orders of March 29th and April 16th, copies attached. Mr. Cooper has not responded to either Order. I am reluctant to order an in-court hearing on the motion to withdraw; Mr. Cooper practices in Rockville, while Mr. Kallos and Mr. Petros practice in Annapolis. Nonetheless, I can't rule on the motion to withdraw or otherwise manage this case without information.

Mr. Cooper is hereby required to submit a full and complete status report as required by the Order of April 16th. The status report is due by May 29, 2001. If the report is not timely submitted, then an in-court hearing on the motion to withdraw will be held on May 30, 2001 at 9 a.m. in Courtroom 3D of the Baltimore Courthouse. Mr. Cooper's attendance would be required at the hearing.

Despite the informal nature of this Memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

Enclosures
c:      Court file

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

March 28, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO MR. COOPER:        Re:        Force 3, Inc. v.
V Squared, Inc.
Civil #L-00-2929

Dear Mr. Cooper:

The Court is in receipt of your motion to withdraw appearance on behalf of V Squared, Inc.   Before I can rule on your request, you are to notify your client of Local Rule 101(2)(b) and send a copy of this memorandum order to your client.

Accordingly, on or before April 13, 2001, either new counsel representing V Squared, Inc., should file his/her appearance or V Squared, Inc., is to notify the Court in writing why it has not retained counsel in this case.  V Squared, Inc., is advised that under the local rules of this Court a corporation may not represent itself and if V Squared, Inc., does not obtain counsel, a default judgment will be entered against it.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:        Counsel of Record
Court File

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

April 16, 2001

MEMORANDUM TO MR. COOPER RE:  Force 3, Inc. v.
V Squared, Inc.
Civil #L-00-2929

Dear Mr. Cooper:

On or before April 24, 2001, provide me with a status report (i) showing that you complied with my Order of March 26, 2001, and (ii) stating your best information whether your client will defend this suit or not.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:       Counsel of Record
Court file