UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

June 25, 2001

MEMORANDUM TO COUNSEL RE:   Force 3, Inc. v. V Squared, Inc.
Civil No. L-00-2929

Dear Counsel:

Now pending are Plaintiff's Motion to Compel Discovery and Defendant's Motion to Withdraw. I will grant Defendant's Motion to Withdraw based on a client conflict. Defendant is advised that if it does not obtain new counsel the Court could enter a default judgment against it.

I have reviewed Plaintiff's Motion to Compel and I note that it does not comply with Local Rule 104.8a. I am returning the motion to Mr. Cooper. After V Squared has secured new counsel, Mr. Cooper should attempt to resolve the motion to compel with opposing counsel before resubmitting it to this Court.

On or before July 31, 2001, the parties shall submit a joint status report stating whether: (i) Defendant has obtained new counsel and (ii) the parties have been able to resolve the discovery dispute.

Despite the informal nature of this Memorandum, it shall be constituted as an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court file