IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



FORCE 3, INC.

v.

V SQUARED, INC.

Civil No. L-00-2929

Pursuant to an order of this Court dated September 24, 2001, a hearing was convened on October 17, 2001, on the subject of damages. Although Defendant was provided with notice of the hearing, it failed to appear. Plaintiff's damages of $121,060 were verified by the testimony of Force 3 Vice President John D. Miller. Accordingly, it is hereby ORDERED that:

(i) default judgment dated October 5, 2001 is entered *nunc pro tunc* in favor of Force 3 and against V Squared;

(ii) a monetary judgment is hereby entered in favor of Force 3 and against V Squared in the total of $121,060 plus taxable costs; and

(iii) the CLERK is directed to CLOSE the case.

It is so ORDERED this 17TH day of October, 2001.

Benson Everett Legg
United States District Judge